ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Sierra Nevada Corporation | ) | ASBCA Nos. 63933, 63934 |
| | ) | |
| Under Contract No. W15P7T-12-D-0019 | ) | |

APPEARANCES FOR THE APPELLANT:    Gale R. Monahan, Esq.
    Caroline C. Stoker, Esq.
     Dentons US LLP
     Dallas, TX

APPEARANCES FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
     DCMA Chief Trial Attorney
    Srikanti Schaffner, Esq.
    Amelia R. Lister-Sobotkin, Esq.
     Trial Attorneys
     Defense Contract Management Agency
     Carson, CA

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $53,288. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: February 24, 2026

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                                I concur


OWEN C. WILSON                                J. REID PROUTY
Administrative Judge                          Administrative Judge
Vice Chairman                                 Vice Chairman
Armed Services Board                          Armed Services Board
of Contract Appeals                           of Contract Appeals


     I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 63933, 63934, Appeals of
Sierra Nevada Corporation, rendered in conformance with the Board's Charter.

     Dated:  February 24, 2026


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals